**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **EARL WILLIAMS,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **No. 09-4826** |
| **CITY OF PHILADELPHIA,** _et al._ | : | |
| **Defendants.** | : | |

_____

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
**WITH AFFIRMATIVE DEFENSES**

Defendants, The City of Philadelphia, and Police Officer Lauren Oswald, through the undersigned counsel, hereby responds to Plaintiff's Complaint as follows:

**JURISDICTION**

1.      Upon information and belief, admitted.

2.      Upon information and belief, admitted.

3.      Upon information and belief, admitted.

4.      Upon information and belief, admitted.

**PARTIES**

5.      Upon information and belief, admitted.

6.      Admitted.

7.      Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

8.      Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

9.     Upon information and belief, admitted.

10. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

## FACTUAL BACKGROUND

11.     Upon information and belief, admitted.

12.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

13.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

14.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

15.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

16.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

17.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

18.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

19.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

20.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

21.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

22.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

23.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

24.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof

thereof is demanded at the arbitration or trial of this matter.

25.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

26.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

27.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

28.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

29.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

30.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

31.     Upon information and belief, admitted.

32.     Upon information and belief, admitted.

33.     Upon information and belief, admitted.

34.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

35.     Admitted to the extent that Officer Oswald asked the guard what had occurred.

36.     Upon information and belief, admitted.

37.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

38.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

39.     Upon information and belief, admitted.

40.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

41.     Upon information and belief, admitted.

42.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

43.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

44.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this

matter.

45.      Denied.

46.      Upon information and belief, admitted.

47.      Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

48.      Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

49.      Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

50.      Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

51.      The statute speaks for itself.

52.      Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

53.      Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

54.      The statute speaks for itself.

55.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

56.     The statute speaks for itself.

57.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

58.     The statute speaks for itself.

59.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter

60.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

61.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

62.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

63.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

64.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

65.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

66.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

67.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

68.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

69.     Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

70.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

71.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this

matter.

## COUNT I

72.     Answering Defendant incorporates by reference their answers to paragraphs1-71, inclusive, as though fully set forth herein.

73.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

74.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT II

75.     Answering Defendant incorporates by reference their answers to paragraphs1-74, inclusive, as though fully set forth herein.

76.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

77.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

78.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this

matter.

79.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

### COUNT III

80.     Answering Defendant incorporates by reference their answers to paragraphs1-79, inclusive, as though fully set forth herein.

81.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

82.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

83.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

84.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

85.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this

matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT IV

86.     Answering Defendant incorporates by reference their answers to paragraphs1-85, inclusive, as though fully set forth herein.

87.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

88.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

89.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT IV

90.     Answering Defendant incorporates by reference their answers to paragraphs1-89, inclusive, as though fully set forth herein.

91.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

92.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

93.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

94.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the arbitration or trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

Date: _____                    _____ mvm6856
                                          **MARK V. MAGUIRE**
                                          Assistant City Solicitor
                                          14th Floor, One Parkway Building
                                          1515 Arch Street
                                          Philadelphia, PA  19102-5397

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Answering defendant assert all of the defenses, immunities, and limitations of damages available to him under the "Political Subdivision Tort Claims Act" and aver that Plaintiff's remedies are limited exclusively thereto.  Act of Oct 5, 1980, No. 142, P.L. 693, 42 Pa. C.S.A. § 8541 et seq.

## THIRD AFFIRMATIVE DEFENSE

Answering Defendant is immune from liability under the doctrine of qualified immunity.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff has suffered no legally cognizable injury, harm, loss, or damage upon which relief can be granted.

## FIFTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, to the extent that she has failed to take reasonable measures to mitigate any or all damages.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, insofar as Answering Defendant's purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage incurred by the plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

At all times material to this civil action, Answering Defendant has acted in a reasonable, proper, and lawful manner.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.


**WHEREFORE**, answering Defendant denies that he is liable upon all causes of action

declared upon and demand judgment in his favor, plus interest and costs.




Date: _____                    _____mvm6856
                                          **MARK V. MAGUIRE**
                                          Assistant City Solicitor
                                          14th Floor, One Parkway Building
                                          1515 Arch Street
                                          Philadelphia, PA  19102-5397

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **EARL WILLIAMS,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **No. 09-4826** |
| **CITY OF PHILADELPHIA, *et al.*** | : | |
| **Defendants.** | : | |

---

### CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of defendant's Answer with Affirmative Defenses has beenmade available to the following individuals on the PACER ECF ssystem:

Mathew B. Weisberg, Esquire
7 S. Morton Ave
Morton PA 19070

Date: _____            _____mvm6856
                                   **MARK V. MAGUIRE**
                                   Assistant City Solicitor
                                   14th Floor, One Parkway Building
                                   1515 Arch Street
                                   Philadelphia, PA  19102-5397