# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Wednesday, October 13, 2010*

| | | | |
|---|---|---|---|
| To: | Honorable Berle M. Schiller<br>VIA ECF & FAX | CC: | John Reed Evans, Esq.<br>610-449-0562 |
| Fax #: | 267-299-5073 | Pages: | 1 , including cover page |
| From: | Matthew B. Weisberg, Esq. | | |
| RE: | Earl Williams v. City of Philadelphia et al<br>No.: 09-4826 | | |

Comments:

    Per our upcoming trial, Plaintiff has re-thought his case and requests this matter be remanded to this Honorable Court's compulsory arbitration program.

In short, it now appears this is a small case whereby all parties' would benefit via the time and expense saving mechanism of the arbitration program. This, is especially true in light of Defendant, Rite Aide's pending dispositive motion (which, according to the Court's Scheduling Order's deadlines, would require significant trial preparation *prior* to the adjudication of the dispositive motion).

Thank Your Honor for your consideration of Plaintiff's request that this matter be remanded to compulsory arbitration. Co-Defendant, Rite Aide, concurs. Co-Defendant, City, has not responded to both of the aforesaid counsels' requests to discuss.

P.S. In the alternative, above parties request our time for pre-trial submissions (joint pre-trial statements) be enlarged until Monday.