IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL WILLIAMS, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 09-4826 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **22th** day of **October**, **2010**, upon consideration of Defendant Rite Aid's Motion for Summary Judgment and Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated October 22, 2010, it is hereby **ORDERED** that:

1. Defendant Rite Aid's Motion for Summary Judgment (Document No. 17) is **GRANTED** as to Plaintiff's federal claims (Count I)**.**

2. Plaintiff's claims against the City of Philadelphia and Philadelphia Police Department (Counts I and II) are **DISMISSED** by agreement.

3. The Court **DISMISSES** Williams's federal claims against Officer Lauren Oswald in her individual capacity (Count I) on its own initiative.

4. Williams's remaining claims are **DISMISSED** pursuant to 28 U.S.C. § 1367(c)(3).

5. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**Berle M. Schiller, J.**